**United States v. Constantinescu, et al., 19-cr-651 (LTS)**
**Chart of Defendants**

| No. | Defendant | Lawyer | Lawyer Email | Detained | Reg No. | Conf 19-Nov | Interpreter |
|---|---|---|---|---|---|---|---|
| 1 | Constantinescu, Mircea | Heller, Meredith | msheller@mshellerlaw.com | … | 20659-104 | Tele consent | |
| 2 | Limberatos, Nikolaos | Commissiong, Karloff | karloff@amcmlaw.com | MCC | 87285-054 | Wants to appear | |
| 3 | Costea, Cristian | Lasala, Jake | jlasalaesq@aol.com | … | | Tele consent | |
| 4 | Hanes Calugaru, Alin | Shellow, Jill | jrs@shellowlaw.com | MDC | 20650-104 | Tele consent | Romanian Interp |
| 5 | Constantinescu, Ionela | Spilke, Ezra | ezra@spilkelaw.com | … | | Tele consent | |
| 6 | Lymberatos, Theofrastos | Lichtman, Jeffrey | jl@jeffreylichtman.com | … | | Tele consent | |
| 7 | Eliopoulos, Andrew | Scolari, Lisa | Lscolarilaw@earthlink.net | … | | Tele consent | |
| 8 | Petrescu, Valentin | Rosenberg, Richard | richrosenberg@msn.com | MDC | 87320-054 | Tele consent | |
| 9 | Samolis, Peter | Sporn, Michael | mhsporn@gmail.com | … | | Not needed | |
| 14 | Ulmanu, Cristian | Parker, Daniel | Dparker@ParkerandCarmody.com | MDC | 87319-054 | Tele consent | Romanian Interp |
| 15 | Mihailescu, Iuliana | Cardi, Dawn | Dcardi@CardiEdgarLaw.com | … | | | |
| 16 | Martin, Florian | Sapone, Edward | ed@saponepetrillo.com | MCC | 87292-054 | Tele consent | Romanian Interp |
| 18 | Vidrasan, Raul Ionut | Mysliwiec, Aaron | am@fmamlaw.com | Valhalla | | Tele consent | |
| 20 | Radulescu, Alexandru | Pittell, Jeffrey | jp@jpittell.com | MCC | 87932-054 | Tele consent | |
| 21 | Iordache, Alexandru | Clarke, Lance | LC@HamiltonClarkeLLP.com | MCC | 87933-054 | Tele consent | |
| 22 | Duczon, Robert | Moskowitz, Avi | AMoskowitz@mb-llp.com | Valhalla | 15464-509 | Tele consent | Hungarian interp |
| 25 | Georgescu, David | Newman, Donna | donnanewmanlaw@aol.com | MCC | 87859-054 | Tele consent | Romanian Interp |
| 26 | Rusu, Andrei | Oksenhendler, Guy | goksenhendler@aol.com | Valhalla | 88143-054 | | |
| 27 | Vaduva, Claudiu | Maher, Sean | smaher@seanmaherlaw.com | MCC | 87794-054 | | |
| 28 | Orzanica, Gabriel | Santillo, Kristen | ksantillo@gelbersantillo.com | MCC | 87796-054 | Tele consent | |