

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 3, 2021

**BY ECF**

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:   *United States v. Robert Duczon*, S4 19 Cr. 651 (LTS)

Dear Judge Swain:

The Government respectfully submits this letter jointly with the defendant to request that the Court schedule a change of plea hearing at the Court's earliest convenience. The Government and the defendant both consent to a remote proceeding.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: /s/ Robert B. Sobelman
Elizabeth A. Hanft
Samuel P. Rothschild
Robert B. Sobelman
Assistant United States Attorneys
(212) 637-2334/6527/2616

cc:   Avraham C. Moskowitz, Esq. (by ECF)

---

The Court will request a remote hearing setting for February 25, 2021, at 9:00 a.m. The precise time cannot be confirmed until late in the week before, so counsel are requested to keep their schedules as open as possible between 9:00 a.m. and 2:00 p.m. that day.  DE# 485 resolved.
SO ORDERED.
2/4/2021
/s/ Laura Taylor Swain, USDJ