# M&B
## MOSKOWITZ & BOOK, LLP

Avraham C. Moskowitz
AMoskowitz@mb-llp.com

345 Seventh Avenue, 21st Floor
New York, NY 10001
Phone: (212) 221-7999
Fax: (212) 398-8835

August 17, 2021

**VIA ECF**

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

    Re:    <u>United States v. Robert Duczon.</u>
                  19 Cr 651 (LTS)

Dear Judge Swain:

       This letter is respectfully submitted to on behalf of the defendant Robert Duczon, to seek the Court's help in ordering the Bureau of Prisons ("BOP") to calculate Mr. Duczon's release date and advise the authorities at Putnam County Jail of the release date so that Mr. Duczon is not held any longer than required before being extradited back to his country.

       On June 8, 2021, Your Honor sentenced Mr. Duczon to a term of imprisonment of twenty-two months following his plea of guilty to participating in a bank fraud conspiracy. At the time of sentencing, the Court recommended to the BOP that Mr. Duczon be credited with the time he served in Romanian custody, between January 28 and March 20, 2020 and the time he served in Hungarian custody between, March 21 and November 2, 2020, when he was extradited to the United States. If given the credit recommended by the court, Mr. Duczon has already served more than 18 months of the twenty-two month sentence imposed by the Court.  He has maintained a clear conduct record and is thus eligible for a 15% reduction in his sentence for good behavior. Accordingly, Mr. Duczon should be eligible for release in the next week or two. Unfortunately, the Bureau of Prisons has not yet calculated his release date and has not communicated his release date to the Putnam County Jail where he is currently incarcerated.

       Over the last two months, since Mr. Duczon's sentencing, I have contacted the BOP on several occasions to request that it calculate Mr. Duczon's release date and relay that information to the Putnam County Jail, to no avail.

       In asking for the Court's assistance, Mr. Duczon is not seeking any special favor or treatment. He is simply requesting that the BOP be ordered to do what it is required to do and

Hon. Laura Taylor Swain
August 17, 2021
Page 2

what it should have done two months ago, i.e., calculate Mr. Duczon's release date and advise the jail where he is being held of the date so that once the date arrives, he can be transferred to the custody of the Immigration Service for immediate deportation to his homeland.

        Thank you in advance for your consideration of this application.

        Respectfully submitted,

        Avraham C. Moskowitz

cc: AUSA Robert Sobelman (by email)

In light of the Government's response filed at docket entry no. 802, the foregoing requests are denied as moot.
Dkt no. 801 resolved.
SO ORDERED.
8/17/2021
/s/ Laura Taylor Swain, Chief USDJ